UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JESUS PALOMARES and TERESA PALOMARES aka TERESA GARCIA dePALOMARES, HUSBAND and WIFE; EMPLOYMENT SECURITY DEPARTMENT FOR THE STATE OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF LABOR AND INDUSTRIES; JOYCE A. FREELS dba FREELS ORCHARD, INC.,<br><br>    Defendants. | NO. CV-06-73-EFS<br><br>JUDGMENT AND DECREE OF FORECLOSURE |

Plaintiff's Application for Judgment and Decree of Foreclosure upon Order of Default having come on for consideration; the defendants JESUS PALOMARES and TERESA PALOMARES aka TERESA GARCIA dePALOMARES, HUSBAND and WIFE; EMPLOYMENT SECURITY DEPARTMENT FOR THE STATE OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF LABOR AND INDUSTRIES; JOYCE A. FREELS dba FREELS ORCHARD, INC., being in default and their default having been entered; and the Court being fully advised in the premises,

IT IS ORDERED, ADJUDGED, and DECREED as follows:

I.

JUDGMENT AND DECREE OF FORECLOSURE - 1

Plaintiff is awarded judgment against defendants JESUS PALOMARES and TERESA PALOMARES aka TERESA GARCIA dePALOMARES, HUSBAND and WIFE in the amount of $409,342.21 ($272,835.21 principal and $136,507.00 interest accrued through April 22, 2004); plus interest to accrue at the rate of $49.2574 per day from and after April 22, 2004, to the date of judgment; plus interest from the date of judgment at the legal rate until paid in full, plus the costs of suit, including the filing fee allowed pursuant to 28 USC § 2412(a)(2).

## II.

The debt upon which this judgment is based is secured and perfected by the following:

(1) A real estate mortgage recorded December 29, 1993, under Auditor's File No. 811335, Official Records of Okanogan County, Washington.

(2) A real estate mortgage recorded May 9, 1994, under Auditor's File No. 815880, Official Records of Okanogan County, Washington.

(3) A real estate mortgage recorded May 3, 1995, under Auditor's File No. 828027, Official Records of Okanogan County, Washington.

(4) Security agreement covering sprinkler equipment appurtenant to the real property located in the State of Washington.

## III.

The foregoing real estate mortgages and security agreement cover the following described property situated in OKANOGAN County, State of Washington:

### REAL PROPERTY

PARCEL A: Lots 1 and 2 of the Mike McDaniel Short Plat as recorded in Book A-1 of Short Plats, page 182, under Auditor's file No. 774773, records of Okanogan County, Washington.

JUDGMENT AND DECREE OF FORECLOSURE - 2

PARCEL B: All of Tract 15, Orchard View Addition to Tonasket, Washington, according to plat thereof recorded in Volume D of Plats, page 28, records of Okanogan County, Washington, EXCEPT that portion described as follows: Beginning at the southernmost corner of said Tract 15, and running thence northwesterly along the southwesterly boundary line of said Tract 15, a distance of 58 feet; thence turning an angle of 90 deg. to the right and running a distance of 150 feet; thence turning an angle of 90 deg. to the right and running a distance of 58 feet to the easternmost corner of said Tract 15; thence turning an angle of 90 deg. to the right and running 150 feet along the southeasterly boundary line of said Tract 15 to the point of beginning.

## FIXTURES

Complete sprinkler systems w/pumps, mains, sub-mains, risers, sprinklers, plugs, valves and fittings, including any replacement and/or additions thereto.

IV.

The Interests of all Defendants are inferior to the interest of the Plaintiff.

V.

Said real estate mortgages and security agreement, which constitute first and prior liens upon the property described therein, are hereby foreclosed and defendants JESUS PALOMARES and TERESA PALOMARES aka TERESA GARCIA dePALOMARES, HUSBAND and WIFE, both individually and the community composed of them, and all persons claiming by, through or under them are forever barred and foreclosed from asserting any right, title, or interest in and to said property, except for the statutory rights of redemption allowed by the laws of the State of Washington, and said property is hereby ordered sold in the manner provided by law with the proceeds of such sale to be applied to the expenses thereof, and then in satisfaction of the sums adjudged to be due plaintiff herein.

JUDGMENT AND DECREE OF FORECLOSURE - 3

VI.

Any party to this suit may become a purchaser at such sale.

VII.

The plaintiff shall not have a deficiency judgment in the event the sum received from the sale is insufficient to pay the judgment in full.

DATED this 30th day of July, 2007.

S/ Edward F. Shea

EDWARD F. SHEA
United States District Judge

Q:\Civil\2006\0073.forfeit.judg.wpd

CERTIFICATE OF SERVICE