JAMES A. McDEVITT
United States Attorney
FRANK A. WILSON
First Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767
Fax: (509) 353-2766

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CV-06-73-EFS |
| vs. | ORDER CONFIRMING SALE |
| JESUS PALOMARES and TERESA PALOMARES aka TERESA GARCIA dePALOMARES, HUSBAND and WIFE; EMPLOYMENT SECURITY DEPARTMENT FOR THE STATE OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF LABOR AND INDUSTRIES; JOYCE A. FREELS dba FREELS ORCHARD, INC., | |
| Defendants. | |

THIS MATTER came on regularly for hearing upon motion of the United States of America for an order confirming the U.S. Marshal's sale of the property that is the subject of this mortgage foreclosure action. The record reflects that notice of the sale was duly given by posting and publishing in the form and manner required by law, and that the property so sold is situated in

ORDER CONFIRMING SALE - 1
[F80103kd.FAWpalomares]

OKANOGAN County, in the State of Washington and is more particularly described as:

## REAL PROPERTY

PARCEL A: Lots 1 and 2 of the Mike McDaniel Short Plat as recorded in Book A-1 of Short Plats, page 182, under Auditor's file No. 774773, records of Okanogan County, Washington.

PARCEL B: All of Tract 15, Orchard View Addition to Tonasket, Washington, according to plat thereof recorded in Volume D of Plats, page 28, records of Okanogan County, Washington, EXCEPT that portion described as follows: Beginning at the southernmost corner of said Tract 15, and running thence northwesterly along the southwesterly boundary line of said Tract 15, a distance of 58 feet; thence turning an angle of 90 deg. to the right and running a distance of 150 feet; thence turning an angle of 90 deg. to the right and running a distance of 58 feet to the easternmost corner of said Tract 15; thence turning an angle of 90 deg. to the right and running 150 feet along the southeasterly boundary line of said Tract 15 to the point of beginning.

The record also reflects that on said date all right, title and interest of the defendants, and each of them, in and to the said property was sold by the said Marshal to the United States of America; the Marshal properly made and filed his Return of Sale on the 19th day of November, 2007; the Clerk properly mailed notice of the filing of the return of sale to all parties who have entered a written notice of appearance and who had not had an order of default entered against them; more than twenty (20) days having elapsed since mailing of the notice of filing of said return, and no objections or exceptions were made or filed to said sale and return. Therefore, in consideration of the foregoing, and the Court being otherwise fully advised,

ORDER CONFIRMING SALE - 2
[F80103kd.FAWpalomares]

1 **IT IS HEREBY ORDERED** that said sale by said Marshal to the United
2 States of America on the 26th day of October, and all proceedings had in respect
3 thereto be, and the same are, approved and confirmed.
4   DATED this  19th  day of   February   , 2008.

6                    s/ Edward F. Shea
                  EDWARD F. SHEA
7                 United States District Judge

8 PRESENTED BY:

9 JAMES A. McDEVITT
  United States Attorney

11
   s/ Frank A. Wilson
12 Frank A. Wilson
   Assistant United States Attorney
13 Attorney for Plaintiff
   USA-WAE-FWilson

28 ORDER CONFIRMING SALE - 3
   [F80103kd.FAWpalomares]